UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-CV-24867-WILLIAMS

JEANNIE PEREZ,

    Plaintiff,

vs.

ANDREW SAUL,
Commissioner of Social
Security Administration

    Defendant.

    _____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres's Report and Recommendation on Plaintiff's Unopposed Motion for Attorney's Fees (the "Report"). (DE 31). In the Report, Judge Torres finds that Plaintiff's Motion for Attorney's Fees is reasonable and should be granted. Accordingly, upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 31) is **AFFIRMED AND ADOPTED**.
2. Plaintiff's Motion for Attorney's Fees (DE 30) is **GRANTED**.
3. This case remains **CLOSED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 23rd day of September, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE